IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THOMAS EARL GREEN                                                    PLAINTIFF

v.                              3:12-cv-00223-KGB-JTK

SHENISHA MOBLEY, et al.                                       DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After making a *de novo* review of the record in this case, the Court adopts the proposed findings and recommendations in their entirety.

IT IS THEREFORE ORDERED that defendants Mobley, Allen, Thomas, and Beard are DISMISSED from this action, for failure to state a claim upon which relief may be granted.

Dated this 19 day of November, 2012.

                                                       Kristine G. Baker
                                                       United States District Judge