# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**THOMAS EARL GREEN,**                                                                              **PLAINTIFF**
**ADC #101747**

**v.**                                    **3:12CV00223-KGB-JTK**

**SHENISHA MOBLEY, et al.**                                                                   **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 27). There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

Therefore, it is ordered that defendants' motion for summary judgment is granted (Doc. No. 19), and plaintiff's claims against defendants are dismissed with prejudice.

An appropriate Judgment shall accompany this Order.

SO ORDERED this 15th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE