# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**THOMAS EARL GREEN,**                                                                                      **PLAINTIFF**
**ADC #101747**

v.                                            **3:12CV00223-KGB-JTK**

**SHENISHA MOBLEY, et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 15th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE